FILED

DEC 2 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff(s),<br>v.<br><br>JACK PARKE DAILY,<br><br>               Defendant(s). | No. 3:14-CR-00644 EMC (BZ)<br><br>INITIAL ORDER FOR REIMBURSEMENT OF COST OF COURT APPOINTED COUNSEL |

    James Daily is a defendant in this criminal matter. The Court has found defendant eligible for appointment of counsel under the Criminal Justice Act, and has further found that defendant has sufficient assets to contribute to the cost of representation.

    It is therefore **ORDERED** that defendant shall reimburse the United States District Court for the Northern District of California for the cost of court-appointed counsel as set forth herein.

    It Is Further **ORDERED** that defendant shall pay an initial assessment of $5,000. Additional assessments may be made as the case progresses and at the conclusion of the case. The United

States Attorney's Office shall place this matter on calendar when it deems a further assessment appropriate. The initial assessment shall be paid as follows:

1. A payment of $1,000 shall be made no later than January 20, 2015.

2. The remaining $4,000 and any subsequent assessments shall be due no later than the sale of the property at 19075 S. Harbor Drive or 230 N. Whipple St. in Ft. Bragg. This Order may be recorded as a judgment of the court in favor of the United States and shall constitute a judgment lien on any real property of defendant in any county where it is recorded, and the amount owing will be due on any sale, conveyance or refinancing of any real property where the judgment has been recorded. Any subsequent assessments in this case pursuant to this Order shall be additions to the judgment. The United States Attorney's Office is directed to promptly record this Order in each county in which any real property of defendant is located.

Defendant's ability to sell, convey or refinance the property subject to the deed of trust will be restricted until defendant has reimbursed the Court for the full amount of the assessed costs of representation.

Dated:   December 2, 2014

Bernard Zimmerman,
United States Magistrate Judge