MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SARAH HAWKINS  (CABN 257723)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    Fax: (415) 436-7207
    Email:  Sarah.Hawkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14 0644 EMC |
| v. | STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON MOTION TO SUPPRESS |
| JACK PARKE DAILY, | |
| Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on May 20, 2015 at 2:30 p.m. for a status hearing. Mr. Daily was present and represented by Assistant Federal Defender Gabriela Bischof.  Assistant United States Attorney Sarah Hawkins appeared for the Government.  Ms. Bischof indicated that she would be filing a Motion to Suppress.

2. Accordingly, the Court set a briefing schedule. The defendant was to file the Motion to Suppress on July 8, 2015. The government was to file a response on July 22, 2015, and the defense was to file a reply on July 29, 2015. The Court set a hearing date of August 18, 2015.

3. The defendant's Motion to Suppress was timely filed on July 8, 2015.

4. Richard Russo, the officer who made the observations that led to the application for and

issuance of a search warrant of the defendant's residence is now retired and will be unable to accurately and completely prepare his declaration by the date of July 22, 2015. Mr. Russo's declaration is essential to the government's response. He has requested an additional week in order to prepare his declaration.

5. The defendant does not object to continuing the filing date of the government's response for one week to July 29, 2015, provided that the filing date for their reply be extended one week to August 5, 2015.

6. Accordingly, the parties respectfully request that the court grant the request to extend the government's filing date to July 29, 2015 and the filing date of the defendant's reply to August 5, 2015.

IT IS SO STIPULATED.

DATED:  July 20, 2015

MELINDA HAAG
United States Attorney

/s/
SARAH HAWKINS
Assistant United States Attorney

DATED:  July 20, 2015

/s/

GABRIELA BISCHOF
Counsel for the Defendant

**[P~~ROPO~~SED] ORDER**

1   Based upon the above-described Stipulation, THE COURT grants the request of the parties and
2   ORDERS THAT:
3      1.   The filing date for the government's response to the defendant's Motion to Suppress be
4   extended to July 29, 2015.
5      2.   The filing date for the defendant's reply to the government's response to the defendant's
6   Motion to Suppress be extended to August 5, 2015.
7      IT IS SO ORDERED.

9   DATED:   7/20/15



HON.
United

STIP. AND ORDER EXTENDING BRIEFING SCHEDULE                                                      3
CR 14-0644 EMC